1  DONALD P. EICHHORN   (State Bar No. 139863)
   MARK L. COKEE   (State Bar No. 225818)
2  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendant
6  APPLICA CONSUMER PRODUCTS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 FIRE INSURANCE EXCHANGE        )  Case No. CV-10-03678 SC
                                  )
12              Plaintiff,        )  **STIPULATION FOR DISMISSAL**
                                  )  **[FRCP 41]**
13        vs.                     )
                                  )
14 APPLICA CONSUMER PRODUCTS, INC. and )
   DOES 1 TO 10                   )
15                                )
                                  )
16              Defendant.        )

17
        IT IS HEREBY STIPULATED by and between the parties to this action through their
18
   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
19
   pursuant to FRCP 41(a)(1). Each party is to bear its own costs and fees.
20

21

22  Dated: Nov. 29, 2010                      LAW OFFICES OF KENNETH
                                                  TURNER
23

24                                            By: /s/ Kenneth Turner
                                                  KENNETH TURNER
25                                                Attorneys for Plaintiff
                                                  FIRE INSURANCE EXCHANGE
26

27

28
   _____
                    STIPULATION FOR DISMISSAL [FRCP 41]
   611496.1

*[Court seal: IT IS SO ORDERED, signed Judge Samuel Conti, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

| | |
|---|---|
| Dated: Nov. 29, 2010 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

By: /s/ Mark L. Cokee
DONALD P. EICHHORN
MARK L. COKEE
Attorneys for Defendant
APPLICA CONSUMER PRODUCTS, INC.

APPROVED AND SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE

---

2
STIPULATION FOR DISMISSAL [FRCP 41]

611496.1